UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GELICITY UK LIMITED,

                Plaintiff,

      -against-

JELL-E-BATH, INC., et al,

                Defendants.
-----------------------------------------------------------x

ORDER
10 CV 5677 (ILG) (RLM)

GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Mann, dated December 6, 2013, recommends that the Court deny plaintiff's motion for sanctions in its entirety.

Plaintiff was also advised that objections, if any, were to be filed and served on or before December 23, 2013, and that failure to do so may waive the right to appeal. As of this date, no objection has been filed.

The Court has carefully reviewed the Magistrate Judge's thorough analysis of the facts and the application of the controlling principles of law to those facts, and adopt her Memorandum and Order in its entirety and denies plaintiff's motion for sanctions.

SO ORDERED.

Dated:     Brooklyn, New York
            March 31, 2014

                                                                  _____
                                                                 I. Leo Glasser